Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111
Telephone:    (801) 524-5734
Facsimile:    (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:<br><br>**SIMON P. JUHLIN,**<br><br>Debtor. | **Bankruptcy Case No. 15-31833 JTM**<br>(Chapter 13)<br>Judge Joel T. Marker |
|---|---|

### REPORT OF COMPLIANCE

Pursuant to the Court's September 20, 2017 Order holding Simon P. Juhlin in Contempt of Court and Requiring Compliance, the United States Trustee hereby submits this report.

As ordered by the Court, Simon P. Juhlin submitted to an examination under oath pursuant to Rule 2004 of the Bankruptcy Rules. Mr. Juhlin has also provided relevant responses to the Subpoena Duces Tecum issued in this case. Since entry of this Court's Order Mr. Juhlin has demonstrated a reasonable level of cooperation with the United States Trustee. Accordingly, the United States Trustee believes that Simon P. Juhlin has complied with the requirements of the Court's Order.

DATED: November 3, 2017

                Respectfully Submitted,

                /s/
                Peter J. Kuhn
                Attorney for Patrick S. Layng,
                United States Trustee

## CERTIFICATE OF SERVICE

	I HEREBY CERTIFY that, on November 3, 2017, I caused a true and correct copy of the foregoing **REPORT OF COMPLIANCE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, as noted below:

- Lon Jenkins    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Mark S. Middlemas    LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com

	Further, I certify that I caused copies of the **NOTICE** to be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Simon P. Juhlin
1308 4th Avenue
Salt Lake City, UT 84103

							/s/
							Peter J. Kuhn